IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ABRAHAM RAMEY, Ras,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
|     **v.** ) | **2:24cv303-MHT** |
| ) | **(WO)** |
| **CHAPLAIN ASKEW, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**OPINION**

Pursuant to the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc, *et seq.*, plaintiff, a state prisoner, filed this lawsuit complaining about being denied accommodations for his Rastafarian religion in the form of an appropriate diet and an exception to the grooming policy over hair length. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g). There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of August, 2024.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE