IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ABRAHAM RAMEY, Ras,          )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:24cv303-MHT
                             )             (WO)
CHAPLAIN ASKEW, et al.,      )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) This lawsuit is dismissed without prejudice pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g).

(3) All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of August, 2024.

                                         /s/ Myron H. Thompson  
                                     UNITED STATES DISTRICT JUDGE